# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL JUAREZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>EASTERN DISTRICT OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. 1:22-cv-01620-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO FILE DOCUMENT AS OBJECTIONS AND ADMINISTRATIVELY CLOSE CASE |

On December 19, 2022, the Court received a document from Petitioner Juan Manuel Juarez written on a habeas corpus petition form and opened a new case. (ECF No. 1.) However, Petitioner states that the document is "objections to magistrate judge" and attaches a copy of the findings and recommendations issued in Juarez v. Second Level Administration, No. 1:22-cv-01162-HBK. (ECF No. 1 at 2, 3, 5, 7–10.)[1]

Accordingly, the Clerk of Court is DIRECTED to:

1. File the petition (ECF No. 1) as objections to the findings and recommendations in Juarez v. Second Level Administration, No. 1:22-cv-01162-HBK; and

2. Administratively close Juarez v. Eastern District of California, No. 1:22-cv-01620-EPG.

IT IS SO ORDERED.

Dated:　**December 22, 2022**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Citations refer to the pagination assigned by the CM/ECF system.